# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

In the Matter of the Search of

**Pyrotechnics Specialties, Inc. (PSI),**
**1661 Juniper Creek Road, Byron, GA 31008**

**SEARCH WARRANT**

**NO.**  5:08-MJ-01-06(CWH)

**TO:**   **Charles Carfagno, Special Agent, United States Environmental Protection Agency
(EPA) and any authorized Officer of the United States**

Affidavit(s) having been made before me by **Charles Carfagno, United States Environmental
Protection Agency,** who has reason to believe that ☐ on the person of and/or ☑ on the premises
known as (name, description and/or location)

**See Attachment "A"**

in the Middle District of Georgia, there is now concealed a certain person or property, namely:

**See Attachment "B"**

I am satisfied that the affidavit(s) herein considered establishes probable cause to believe that the person and/or
property so described is now concealed on the person or premises above-described and establishes grounds for the issuance
of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ‾January 31‾ ,2008, the person and/or
place named above for the person and/or property specified, serving this warrant and making the search in the daytime
(6:00 A.M. to 10:00 P.M.), and if the person or property be found there to seize same, leaving a copy of this warrant and
receipt for the person and/or property taken, and prepare a written inventory of the person and/or property seized and
promptly return this warrant to Claude W. Hicks, Jr., United States Magistrate Judge, as required by law.

SO ORDERED at Macon, Georgia this ‾22ND‾day of ‾January‾ , 2008,
at ‾3:32‾ o'clock ‾P‾ . M.

**CLAUDE W. HICKS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

# RETURN

| DATE WARRANT ISSUED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT LEFT WITH |
|---|---|---|
| 1/22/2008 | 1/24/2008 / 10:15AM | DAVID KARLSON - PSI OWNER |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHMENTS

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person and/or property taken by me on the warrant.

Filed at 9:45 AM
2-5, 2008.

DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

Charles Carfagno
CHARLES CARFAGNO
U.S. ENVIRONMENTAL PROTECTION AGENCY

Sworn to and Subscribed Before Me, this 4th day of February, 2008.

Claude W. Hicks, Jr.
CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT A

## PSI Facility

PSI is located at 1661 Juniper Creek Rd, Byron, GA  31008 (Lat. 32.6724 N / Long. -83.7972 W) and encompasses 244 acres located approximately two miles northwest of the center of Byron, GA.  The facility is bordered to the south and east by timberland and to the north and west by medium to low density single-family residential properties.  The site has approximately 117 buildings or structures with a combined floor space of approximately 70,000 square feet. The buildings are used for storage, processing, or assembly of pyrotechnic components such as airbag propellants and detonators for industrial and military applications.

## A.  Entrance to facility:

The main entrance to the facility is on Juniper Creek Rd.

## B.  Main Building:

Upon entering the facility, the main building is located on the right hand side.

## C.  Freight Container #3:

Freight Container #3 is orange in color and is located east from the QA Lab and is directly behind the Pellet 3 Building.   Freight Container #3 contains about ten blue poly 55-gallon drums full of rejected "candles" from the M583 White Star Parachute Flare.

## D.  Open Burn Unit (OBU):

The OBU is located just north east of the QA Lab.

## C.  Other Structures:

Throughout the facility, there are numerous buildings and / or storage units (Magazines) to include the following: Fuel and Oxidizer Storage, Mix Buildings, Tracer Storage, QA Office and Lab.

# ATTACHMENT B

## Evidence to be Located, Sampled and Seized

The following is a description of the evidence to be located, sampled and seized at the PSI site:

1. **M583 Rejected Candles**: Locate the ten blue poly 55-gallon drums in Freight Container #3, which is orange and is located east of the QA Lab and is directly behind the Pellet 3 Building. The drums are reported to have hazardous waste labels affixed. The candles are about three inches in length and are one inch in diameter. The candles are being soaked in motor oil inside the drums. Once located, the drums are to be photographed, video taped, and all labels are to be documented.

2. **Open Burn Unit (OBU):** The OBU is located near the QA Lab and a metal skillet is inside the OBU. Once located, samples are to be taken of any soil, to include any residue on the metal skillet or cage, and surface water, if present, in and around the OBU at PSI.

3. **Estimates**: Seize any and all estimates provided to PSI regarding the proper disposal of the M583 White Star Parachute Flare or its' parts to include the "candle" by disposal companies, particularly Innovative Waste. These documents are believed to be in the office of PSI's Safety and Environmental Manager Dennis Slicer.

# United States Environmental Protection Agency
## Office of Criminal Enforcement, Forensics and Training
### RECEIPT

**RECEIVED FROM**

PSI·
1661 JUNIPER CREEK RD
BYRON, GA

**CASE NUMBER**

—

**DATE**

1/24/2008

**PURPOSE**

ITEMS SEIZED BY EPA-CID DURING SEARCH WARRANT

**OFFICE**

AAO

| ITEM NO. | ITEM DESCRIPTION |
|---|---|
| 1 | INNOVATIVE WASTE ESTIMATE #.6240 - PSI - 10062006 |

**RECEIVED BY**

**DATE** 1/24/08

**WITNESS**

**DATE**

# RECEIPT FOR SAMPLES

**EPA** REGION 4
U.S. ENVIRONMENTAL PROTECTION AGENCY

ENVIRONMENTAL SERVICES DIVISION
COLLEGE STATION ROAD
ATHENS, GEORGIA 30613-7799

PROJECT NO. 08-0225

PROJECT NAME PSI

NAME & LOCATION OF FACILITY/SITE
Pyrotechnic Specialties Inc
Byron, GA

SAMPLERS: (SIGNATURE) Marty Hill

| STATION NO. | DATE | TIME | COMP | GRAB | STATION LOCATION/DESCRIPTION | NO. OF EPA CONTAINERS | SPLIT SAMPLES Y OR N | EPA SAMPLE TAG NO.'S/REMARKS |
|---|---|---|---|---|---|---|---|---|
| 01 | 1/24 | 1128 | ✓ | | Small bump & outside skillet | 3 | N | 4A - 177276 - 78 |
| 02 | 1/24 | 1135 | | ✓ | Inside Skillet | 3 | N | 177279 - 81 |
| B6 | 1/24 | 1230 | ✓ | | Background | 3 | N | 177282 - 84 |

SPLIT SAMPLES TRANSFERRED BY:
(PRINT) Recpt
(SIGN) Art Masters
DATE 1/24/08
TIME 1230

SPLIT SAMPLES RECEIVED BY ☐ OR DECLINED BY ☐ :
(PRINT)
(SIGN)
TITLE
DATE/TIME
TELEPHONE

DISTRIBUTION: Original to Coordinator Field Files; Copy to Facility/Site Representative

No. 413516

☆ U.S. GOVERNMENT PRINTING OFFICE:  (12/89)